**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

JERRY JACKSON,

                 Plaintiff,

    vs.

RASKA KONG dba GREAT WALL, et al.

              Defendants.

Case No. 3:21-cv-00322-DMS-BLM

**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT RASKA KOND DBA GREAT WALL TO RESPOND TO PLAINTIFF JERRY JACKSON'S COMPLAINT.**

       On May 20, 2021, Plaintiff, Jerry Jackson and Defendant, Raska Kong dba Great Wall ("Parties"), filed a Joint Motion to Extend Time for Defendant Raska Kong dba Great Wall to Respond to Plaintiff Jerry Jackson's Complaint ("Joint Motion") to June 8, 2021, pursuant to Fed. Rule of Civ. Proc. 7.2 and 12.1. The Court, for good cause shown, grants Parties their Joint Motion.

IT IS SO ORDERED.

Dated:  May 20, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court